ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 14 2022

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

UNITED STATES OF AMERICA

v.

MYRON LYNN MATTHEWS, JR. (01)
LATOYAL LANELL BRYANT (02)

Case No.

4-22CR-275-P

## INDICTMENT

The Grand Jury Charges:

### Count One
Possession of a Controlled Substance with Intent to Distribute
(Violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), and 18 U.S.C. § 2)

On or about August 24, 2022, in the Fort Worth Division of the Northern District of Texas, defendants **Myron Lynn Matthews, Jr.** and **Latoyal Lanell Bryant**, aiding and abetting each other, and aided and abetted by others, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), and 18 U.S.C. § 2.

<u>Count Two</u>
Possession of a Controlled Substance with Intent to Distribute
(Violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2)

On or about August 24, 2022, in the Fort Worth Division of the Northern District of Texas, defendants **Myron Lynn Matthews, Jr.** and **Latoyal Lanell Bryant**, aiding and abetting each other, and aided and abetted by others, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

## Count Three
### Possession of a Controlled Substance with Intent to Distribute
(Violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2)

On or about August 24, 2022, in the Fort Worth Division of the Northern District of Texas, defendants **Myron Lynn Matthews, Jr.** and **Latoyal Lanell Bryant**, aiding and abetting each other, and aided and abetted by others, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

## Count Four
### Possession of a Firearm in Relation to a Drug Trafficking Crime
(Violation of 18 U.S.C. §§ 924(c)(1)(A) and 2)

On or about August 24, 2022, in the Fort Worth Division of the Northern District of Texas, defendants **Myron Lynn Matthews, Jr.** and **Latoyal Lanell Bryant**, aiding and abetting each other, did knowingly possess firearms, to wit: AR-15 style rifles, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, possession of a controlled substance with intent to distribute as described in Counts One, Two, and Three of this Indictment.

In violation of 18 U.S.C. §§ 924(c)(1)(A) and 2.

Count Five
Maintaining Drug-Involved Premises
(Violation of 21 U.S.C. § 856(a)(1))

In and around August 2022, in the Fort Worth Division of the Northern District of Texas, defendants **Myron Lynn Matthews, Jr.** and **Latoyal Lanell Bryant** knowingly and intentionally used and maintained a place at XXX S. Jennings, Apt. 2201, Fort Worth, Texas, for the purpose of distributing and using a controlled substance, namely: methamphetamine, cocaine, fentanyl, and marijuana.

In violation of 21 U.S.C. § 856(a)(1) and 18 U.S.C. § 2.

A TRUE BILL.

_____
FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455
Email: Shawn.Smith2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

MYRON LYNN MATTHEWS, JR. (01)
LATOYAL LANELL BRYANT (02)

INDICTMENT

21 U.S.C. §§ 841(a)(1) and (b)(1)(A), and 18 U.S.C. § 2
Possession of a Controlled Substance with Intent to Distribute
Counts 1-3

18 U.S.C. §§ 924(c)(1)(A) and 2
Possession of a Firearm in Relation to a Drug Trafficking Crime
Count 4

21 U.S.C. § 856(a)(1)
Maintaining a Drug-Involved Premises
Count 5

A true bill rendered

FORT WORTH                                              FOREPERSON

Filed in open court this 14th day of September, 2022.

---

**Defendant Matthews in Federal Custody since August 25, 2022.**
**Defendant Bryant on conditions of release.**

-------------------------------------------------------------------------------

*Hol R. Ray, Jr.*
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:22-MJ-704-BP