ORIGINAL

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

2022 OCT -4  PM 3: 46

DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 4:22-CR-275-P<br>[Supersedes Indictment returned<br>on September 14, 2022, as to Defendant<br>Matthews only.] |
| MYRON LYNN MATTHEWS, JR.  (01) | |

## SUPERSEDING INFORMATION

The United States Attorney Charges:

### Count One

Possession of a Controlled Substance with Intent to Distribute
(Violation of 21 U.S.C. § 841)

On or about August 24, 2022, in the Fort Worth Division of the Northern District of Texas, defendant **Myron Lynn Matthews, Jr.**, aided and abetted by another, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

Superseding Information - Page 1

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

Respectfully Submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas Bar No.  24033206
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone:   817-252-5200
Facsimile:   817-252-5455
Email: Shawn.Smith2@usdoj.gov