ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 12 2022

CLERK, U.S. DISTRICT COURT
By_____
          Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:22-CR-275-P |
| MYRON LYNN MATTHEWS, JR. (01) | |

## FACTUAL RESUME

SUPERSEDING INFORMATION:

    Count One: Possession of a Controlled Substance with intent to Distribute (methamphetamine) (in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B))

PENALTY: $5,000,000 fine - not less than 5 years' imprisonment and not more than 40 years' imprisonment, or both such fine and imprisonment, plus a term of supervised release of not less than 4 years.

MAXIMUM PENALTY:
    $5,000,000 fine, and not less than 5 years' imprisonment and not more than 40 years' imprisonment, plus a term of supervised release of not less than 4 years. If the defendant violates any condition of supervised release, the Court may revoke such term of supervised release and require the defendant to serve an additional period of confinement. Further the Court must impose a Mandatory Special Assessment of $100.00.

ELEMENTS OF THE OFFENSE:
The essential elements which must be proved beyond a reasonable doubt in order to establish the offenses charged in Count One of the Information are as follows:

First:    That the defendant knowingly possessed a controlled substance;

Second:    That the substance was in fact methamphetamine;

Third:    That the defendant possessed the substance with the intent to distribute it; and

**Factual Resume – Page 1**

Fourth: That the quantity of the substance involved 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

STIPULATED FACTS:

On August 24, 2022, in Fort Worth, Texas, officers arrested Myron Lynn Matthews, Jr., with over 500 grams of methamphetamine. Matthews possessed the methamphetamine with the intent to distribute it to others.

SIGNED this 30th day of September, 2022.

MYRON LYNN MATTHEWS, JR.
Defendant

HARRY WHITE
Counsel for Defendant